IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| ANGELIA DIAL | § |
| | § |
| | §  6:24-cv-00032 |
| Plaintiff, | § |
| v. | § |
| | § |
| FLAT IRON CONSTRUCTION COMPANY | § |
| | § |
| Defendant. | |

**PLAINTIFF'S ORIGINAL COMPLAINT**

Plaintiffs, by and through her undersigned attorneys, for her Complaint against the Defendant, would show the Court the following:

1. Plaintiff is a resident of Hunt County, Texas. Defendant Flat Iron Construction Company is a foreign corporation, headquartered in Broomfield, Colorado. The Court has jurisdiction of this case under Title VII of the Civil Rights Act of 1964, 42 USC Sec 2000e et seq. Defendant is conducting business in this district and the events giving rise to this lawsuit all occurred in this district, giving rise to proper venue in this Court.

2. The plaintiff was hired as a driver for Flat Iron Construction on July 14, 2022. Plaintiff is an African American female.

3. Plaintiff's supervisor was Noel Estrada. Plaintiff also worked with employees of Flat Iron Construction Company including a man who supervised her named Hector (last name unknown), and co-employees Elias Breceda, and Barack Baker.

4. Plaintiff was subjected to severe and pervasive harassment and discrimination during her employment with the Defendant because of her gender, female, and her race, African American.

5. During her employment, Noel Estrada asked Ms. Dial about and commented on her panties, asked when he would get to have sex with her, questioned her about her personal relationships, told her to stay away from his wife because she would know that he was attracted to Plaintiff, told the Plaintiff about his wife having an infection, touched Plaintiff without her consent, and retaliated against Plaintiff after she told him repeatedly that she would never have sex with him.

6. In retaliation, among other things, Plaintiff was told she had to switch trucks to drive a smaller truck, while the truck she had been driving would be turned over to an employee named Jorge, who did not have a CDL license, which was required to drive the larger truck.

7. Plaintiff was also barred from using the office restroom.

8. Plaintiff was told by Barack that he is Arab and Arabs beat their women. Noel Estrada falsely accused her of damaging a mud flap because Plaintiff was not accepting their advances.

9. Plaintiff was also discriminated against due to her sex and race, in at least the following respects:

    a. Not being paid a per diem for travel;

    b. Not being paid same rate as male, non-black drivers as a CDL license holder;

    c. Was treated unequally after suffering an injury at work, and ultimately terminated for stated reasons pertaining to the injury.

10. The terms and conditions of Plaintiff's employment were materially and adversely affected by the discriminatory practices and aforesaid harassment from Defendant.

Plaintiff requests back and forward pay, as well as all general damages to which she is entitled.

**11.** The EEOC issued its Right to Sue letter to Plaintiff on October 30, 2023.

**WHEREFORE,** Plaintiffs pray that she have and recover her damages against the Defendant, for her reasonable attorney's fees, and for such other and further relief as the Court may deem to be just and proper.

Respectfully submitted,

**THE PERRIN LAW FIRM**
400 S. Zang Blvd, Suite 1025
Dallas, Texas 75208
Telephone:   (214) 646-2004
Facsimile:   (214) 646-6117
Email:       dougperrin@perrinlaw.org
             markperrin@perrinlaw.org

*/s/Doug Perrin*
Doug Perrin
State Bar No. 15796520
J. Mark Perrin
State Bar No. 24013313

**ATTORNEYS FOR PLAINTIFFS**